954 A.2d 571

Demetrius BAILEY, Appellant

v.

Jeffrey BEARD, Louis Folino, Appellees.

Supreme Court of Pennsylvania.

July 24, 2008.

## ORDER

PER CURIAM.

**AND NOW,** this 24th day of July, 2008, probable jurisdiction is noted and the Order of the Commonwealth Court is Affirmed.

954 A.2d 571

William PIERCE, Petitioner

v.

PENNSYLVANIA SUPERIOR COURT, Respondent.

Supreme Court of Pennsylvania.

July 25, 2008.

## ORDER

PER CURIAM.

**AND NOW,** this 25th day of July, 2008, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Prohibition and the Application for Stay are **DENIED.**